# Order

**Michigan Supreme Court**
**Lansing, Michigan**

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

September 10, 2007

133885

LATIF Z. ORAM, a/k/a RANDY Z. ORAM,
and OB PROPERTIES LIMITED
PARTNERSHIP,
        Plaintiffs/Counter-Defendants-
        Appellees,

and

OB PROPERTIES, and JAM SOUND
SPECIALISTS, INC.,
        Plaintiffs/Counter-Defendants-
        Third Party Plaintiffs-Appellees,

v
                             SC: 133885
                             COA: 273162
                             Oakland CC: 02-039499-CK

JOHN ORAM and GARY ORAM,
        Defendants/Counter-Plaintiffs-
        Third Party Plaintiffs-Appellees,

and

INTERNATIONAL OUTDOOR INC., VISION
PROPERTIES, DISCOUNT PAGING CO. INC.,
and FUTURE VISION PROPERTIES LLC,
        Third Party Defendants,

and

HENRY CENDROWSKI,
        Intervening Party-Appellee,

and

THAV, GROSS, STEINWAY & BENNETT PC,
and ARMAND VELARDO,
        Intervening Parties,

and

ABBOTT NICHOLSON PC,
          Intervening Party-Appellant.

_____/

       On order of the Court, the application for leave to appeal the March 29, 2007 order of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.



     I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 10, 2007

Clerk

s0830